UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MYRIAM ZAYAS,

                Plaintiff,

    v.

DESIREE ROLLINS,

                Defendant.

CASE NO. 2:24-cv-00764-RSM

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is GRANTED under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to Plaintiff and to the assigned District Court Judge.

DATED this 3rd day of June, 2024.

                                                                                          BRIAN A. TSUCHIDA
                                                                                              United States Magistrate Judge